UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN RAZZOLI,

               Plaintiff,

    -against-

EXECUTIVE OFFICE OF US MARSHALS;
EXECUTIVE OFFICE OF F.B.I., EXECUTIVE
OFFICE OF B.O.P.; US PAROLE COM'N;
USPO(s) OLIVARES (SDNY); USPO VIRGINIA
LINARES (SDNY); PSYCHOLOGY DEPT.
MDC BROOKLYN; DR. COHEN (BOP STAFF),
Official & Unofficial Capacity; STATE OF NEW
YORK; CITY OF NEW YORK, BUREAU OF
INTEGRITY; UNKNOWN GOV'T AGENTS
(State & Federal); KNOWN & KNOWN CITY
OF NEW YORK WORKERS (Hunts Point Mkt);
ALL UNKNOWN PHONE CARRIERS;
SUSQUEHANA HEALTH SYSTEMS, Muncy
PA; MUNCY REGIONAL MEDICAL CENTER,
Muncy PA,

               Defendants,
------------------------------------------------------------X

NOT FOR PUBLICATION

**CIVIL JUDGMENT**

10-CV-4269 (CBA)

FILED

SEP 22 2011

Pursuant to the memorandum and order issued _September 21, 2011_ by the Honorable Carol Bagley Amon, Chief United States District Judge, dismissing the action, it is

**ORDERED, ADJUDGED AND DECREED**: That the action is hereby dismissed. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal would not be taken in good faith and therefore *in forma pauperis* status is denied for purpose of an appeal.

                                                                     s/CBA
                                                      CAROL BAGLEY AMON
                                                      United States District Judge

Dated: Brooklyn, New York
        September 21, 2011